| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Law Offices Of: LYNN HUBBARD III<br>12 WILLIAMSBURG LANE<br>Chico, CA 95926<br>Telephone No: 530 895-3252    FAX No: 530 894-8244<br><br>Attorney for: Plaintiff | Ref. No. or File No.:<br>OLIVER v. CIRCLE H LIQUOR | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Southern District Of California

Plaintiff: A.J. OLIVER
Defendant: DIJLA, INC., et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV 2141 H(NLS) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT

3. a. Party served:          REMARK CORPORATION
   b. Person served:         BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:   CSC-LAWYERS INCORPORATING SERVICE
                                         2730 Gateway Oaks Drive
                                         Suite 100
                                         Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Nov. 15, 2007 (2) at: 2:40PM

7. **Person Who Served Papers:**                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                               d. *The Fee for Service was:*  $33.00
   b. **ALL PRO ATTORNEY SERVICES**             e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD                       *(i)* Owner
      SUITE 125                                      *(ii)* Registration No.:   87-010
      Sacramento, CA 95825                           *(iii)* County:            Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Thu, Nov. 15, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007         PROOF OF SERVICE SUMMONS        (Jim Wardlow)        hubbard.39803