Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

A.J. OLIVER,
Plaintiff,

vs

SILVER STRAND PLAZA, LLC;
REMARK CORPORATION,
Defendants.

SUMMONS ON FIRST AMENDED COMPLAINT

Case No. '07 CV 2141 H NLS

FILED
08 FEB -1 PM 3:55
BY: P. DE LA CRUZ DEPUTY

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane   Chico, CA  95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
P. DE LA CRUZ

By _____, Deputy Clerk

FEB - 1 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)