| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LYNN HUBBARD III, Bar #69773<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE<br>Chico, CA 95926<br>Telephone No: 530 895-3252   FAX No: 530 894-8244 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>OLIVER v. CIRCLE H LIQUOR | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Southern District Of California

Plaintiff: A.J. OLIVER
Defendant: SILVER STRAND PLAZA, LLC, et al.

| PROOF OF SERVICE<br>SUMM ON 1ST AMND COM | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07 CV 2141 H NLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS ON FIRST AMENDED COMPLAINT; PLAINTIFF'S FIRST AMENDED COMPLAINT

3. a. Party served:   REMARK CORPORATION
   b. Person served:   BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:   CSC-LAWYERS INCORPORATING SERVICE
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 08, 2008 (2) at: 2:50PM

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow
   **b. ALL PRO ATTORNEY SERVICES**
   2410 FAIR OAKS BOULEVARD
   SUITE 125
   Sacramento, CA 95825
   c. (916) 974-7421, FAX (916) 974-7442

   d. **The Fee** for Service was:   $33.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:   87-010
      (iii) County:   Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Feb. 11, 2008

Judicial Council Form                PROOF OF SERVICE                (Jim Wardlow)         dag.40909
Rule 982.9.(a)&(b) Rev January 1, 2007     SUMM ON 1ST AMND COM