# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>SILVER STRAND, LLC; REMARK CORPORATION,<br><br>　　　　　　　　　　Defendant. | CASE NO. 07-CV-2141 H (NLS)<br><br>ORDER SUBMITTING DEFENDANT SILVER STRAND, LLC'S MOTION TO DISMISS |

On March 10, 2008, defendant Silver Strand LLC ("Defendant") filed a motion to dismiss plaintiff A.J. Oliver's first amended complaint. (Doc. Nos. 7, 8.) On March 24, 2008, plaintiff filed a response in opposition. (Doc. No. 10.) As of the date of this Order, Defendant has not filed a reply.

The Court exercises its discretion pursuant to Local Civil Rule 7.1(d)(1) to decide this matter without oral argument. Accordingly, the Court submits Defendant's motion to dismiss and vacates the hearing scheduled for April 7, 2008.

IT IS SO ORDERED.

DATED: April 2, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT