Jean M. Heinz, CSB# 125114
**HEINZ & FEINBERG**
ATTORNEYS AT LAW
707 BROADWAY, SUITE 1800
SAN DIEGO, CALIFORNIA 92101-5311
(619) 238-5454

Attorneys for Defendant Silver Strand Plaza, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>SILVER STRAND PLAZA, LLC.; REMARK CORPORATION,<br><br>　　　　　Defendants. | CASE NO.: 07 CV2141 H NLS<br><br>ANSWER TO PLAINTIFF's FIRST AMENDED COMPLAINT |

Defendant Silver Strand Plaza, LLC ("Defendant") for itself and for no one else, respectfully answers Plaintiff's First Amended Complaint (referred to herein as "Complaint") as follows:

I.

## SUMMARY

1.　Defendant has no information or belief regarding the allegations of Paragraph 1 of the Complaint, with the exception of store location, and basing its denial on that ground, denies each and every allegation of paragraph 1.

2.　Defendant has no information or belief regarding the allegations of Paragraph 2 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 2.

1

## II.

## JURISDICTION

3.      Defendant does not object to the allegations of jurisdiction. Except as to that, Defendant has no information or belief regarding the remaining allegations of Paragraph 3 of the Complaint, and basing its denial on that ground, denies each and every allegation of paragraph 3.

4.      Defendant does not object to the allegations of jurisdiction. Except as to that, Defendant has no information or belief regarding the remaining allegations of Paragraph 4 of the Complaint, and basing its denial on that ground, denies each and every allegation of paragraph 4.

5.      Defendant has no information or belief regarding the allegations of Paragraph 5 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 5.

## III.

## VENUE

6.      Defendant has no information or belief regarding the allegations of Paragraph 6 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 6.

## IV.

## PARTIES

7.      Defendant has no information or belief regarding the allegations of Paragraph 7 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 7.

8.      Defendant has no information or belief regarding the allegations of Paragraph 8 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 8.

## V.

## FACTS

9.      Defendant has no information or belief regarding the allegations of Paragraph 9 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

1    9.

2        10.    Defendant has no information or belief regarding the allegations of Paragraph 10 of

3    the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

4    10.

5        11.    Defendant has no information or belief regarding the allegations of Paragraph 11 of

6    the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

7    11.

8        12.    Defendant has no information or belief regarding the allegations of Paragraph 12 of

9    the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

10    12.

11        13.    Defendant has no information or belief regarding the allegations of Paragraph 13 of

12    the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

13    13.

14        14.    Defendant has no information or belief regarding the allegations of Paragraph 14 of

15    the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

16    14.

17        15.    Defendant has no information or belief regarding the allegations of Paragraph 15 of

18    the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

19    15.

20                    **VI. FIRST CLAIM**

21            **American with Disabilities Act of 1990)**

22            Denial of "Full and Equal" Enjoyment and Use

23        16.    In answer to Paragraph 16 of the Complaint, Defendant realleges its responses to

24    Paragraphs 1 through 15 of the Complaint and incorporates them by reference as if set forth in full

25    herein.

26        17.    Defendant has no information or belief regarding the allegations of Paragraph 17 of

27    the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

28    17.

18.    Defendant has no information or belief regarding the allegations of Paragraph 18 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 18.

### Failure to Remove Architectural Barriers in Existing Facility

19.    Defendant has no information or belief regarding the allegations of Paragraph 19 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 19.

20.    Defendant has no information or belief regarding the allegations of Paragraph 20 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 20.

21.    Defendant has no information or belief regarding the allegations of Paragraph 21 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 21.

22.    Defendant has no information or belief regarding the allegations of Paragraph 22 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 22.

### Failure to Design and Construct an Accessible Facility

23.    Defendant has no information or belief regarding the allegations of Paragraph 23 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 23.

24.    Defendant has no information or belief regarding the allegations of Paragraph 24 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 24.

25.    Defendant has no information or belief regarding the allegations of Paragraph 25 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 25.

### Failure to Make an Altered Facility Accessible

26.    Defendant has no information or belief regarding the allegations of Paragraph 26 of

the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 26.

27.    Defendant has no information or belief regarding the allegations of Paragraph 27 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 27.     28.    Defendant has no information or belief regarding the allegations of Paragraph 28 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 28.

### Failure to Modify Existing Policies and Procedures

29.    Defendant has no information or belief regarding the allegations of Paragraph 29 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 29.

30.    Defendant has no information or belief regarding the allegations of Paragraph 30 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 30.

31.    Defendant has no information or belief regarding the allegations of Paragraph 31 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 31.

32.    Defendant has no information or belief regarding the allegations of Paragraph 32 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 32.

### VII. SECOND CLAIM

### Disabled Persons Act

33.    In answer to Paragraph 33 of the Complaint, Defendant realleges its responses to the allegations of Paragraphs 1 through 30 of the Complaint and incorporates them as if set forth in full herein.

34.    Defendant admits that Section 54 of the Cal. Civ. Code is quoted.  Except as specifically admitted, Defendant has no information or belief regarding the remaining allegations of Paragraph 34 of the Complaint and basing its denial on that ground, denies each and every allegation

1  of paragraph 34.

2       35.    Defendant admits that Section 54.1 of the Cal. Civ. Code is quoted. Except as

3  specifically admitted, Defendant has no information or belief regarding the remaining allegations of

4  Paragraph 35 of the Complaint and basing its denial on that ground, denies each and every allegation

5  of paragraph 35.

6       36.    Defendant has no information or belief regarding the allegations of Paragraph 36 of

7  the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

8  36.

9       37.    Defendant has no information or belief regarding the allegations of Paragraph 37 of

10  the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

11  37.    38.    Defendant has no information or belief regarding the allegations of Paragraph 38 of

12  the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

13  38.    39.    Defendant has no information or belief regarding the allegations of Paragraph 39 of

14  the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

15  39.

16  ## VIII. THIRD CLAIM

17  ### Unruh Civil Rights Act

18       40.    In answer to Paragraph 40 of the Complaint, Defendant realleges its responses to the

19  allegations of Paragraphs 1 through 30 of the Complaint and incorporates them as if set forth in full

20  herein.

21       41.    Defendant admits that Section 51 of the Cal. Civ. Code is quoted. Except as

22  specifically admitted, Defendant has no information or belief regarding the remaining allegations of

23  Paragraph 41 of the Complaint and basing its denial on that ground, denies each and every allegation

24  of paragraph 41.

25       42.    Defendant admits that Section 51.5 of the Cal. Civ. Code is quoted. Except as

26  specifically admitted, Defendant has no information or belief regarding the remaining allegations of

27  Paragraph 42 of the Complaint and basing its denial on that ground, denies each and every allegation

28  of paragraph 42.

43.    Defendant has no information or belief regarding the allegations of Paragraph 43 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 43.

44.    Defendant has no information or belief regarding the allegations of Paragraph 44 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 44.    45.    Defendant has no information or belief regarding the allegations of Paragraph 45 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 45.    46.    Defendant has no information or belief regarding the allegations of Paragraph 46 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 46.

47.    Defendant has no information or belief regarding the allegations of Paragraph 47 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 47.

## IX. FOURTH CLAIM

### Denial of Full and Equal Access to Public Facilities

48.    In answer to Paragraph 48 of the Complaint, Defendant realleges its responses to the allegations of Paragraphs 1 through 13 of the Complaint and incorporates them as if set forth in full herein.

49.    Defendant admits that Section 19955(a) of the Health and Safety Code is quoted. Except as specifically admitted, Defendant has no information or belief regarding the remaining allegations of Paragraph 49 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 49.

50.    Defendant admits that Section 19959 of the Health and Safety Code is quoted. Except as specifically admitted, Defendant has no information or belief regarding the remaining allegations of Paragraph 50 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 50.

51.    Defendant has no information or belief regarding the allegations of Paragraph 51 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph

51.    52.    Defendant has no information or belief regarding the allegations of Paragraph 52 of the Complaint and basing its denial on that ground, denies each and every allegation of paragraph 52.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

53.    Defendant, for a separate and first affirmative defense alleges that Plaintiff has failed to state a cause of action against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

54.    Defendant, for a separate and second affirmative defense, is informed and believes and thereon alleges that Plaintiff cannot state facts sufficient to constitute any cause of action against it.

### THIRD AFFIRMATIVE DEFENSE

55.    Defendant, for a separate and third affirmative defense, is informed and believes and thereon alleges that Plaintiff has waived some or all of the claims set forth in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

56.    Defendant, for a separate and fourth affirmative defense, is informed and believes and thereon alleges that any damages alleged to have been sustained by Plaintiff were actually and proximately caused by the actions of persons other than this Defendant.

### FIFTH AFFIRMATIVE DEFENSE

57.    Defendant, for a separate and fifth affirmative defense, is informed and believes and thereon alleges that it is entitled to indemnity and contribution from those presently unknown individuals or entities responsible for any alleged damages complained of by Plaintiff.

### SIXTH AFFIRMATIVE DEFENSE

58.    Defendant, for a separate and sixth affirmative defense, is informed and believes and thereon alleges that Plaintiff, by his actions and inactions, is barred by laches from the pursuit of this action.

### SEVENTH AFFIRMATIVE DEFENSE

59.    Defendant, for a separate and seventh affirmative defense, is informed and believes

and thereon alleges that Plaintiff has failed to state facts sufficient to constitute a cause of action or a claim for compensatory damages or for punitive damages.

## EIGHTH AFFIRMATIVE DEFENSE

60.    Defendant, for a separate and eighth affirmative defense, is informed and believes and thereon alleges that Defendant has acted at all times in good faith and without discrimination towards Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

61.    Defendant, for a separate and ninth affirmative defense, is informed and believes and thereon alleges that Plaintiff's damages, if any, were directly and proximately caused by his own negligence.

## TENTH AFFIRMATIVE DEFENSE

62.    Defendant, for a separate and tenth affirmative defense, is informed and believes and thereon alleges that Plaintiff failed to take such action as was necessary, reasonable and proper in this case, and failed to prevent or minimize his alleged damages, if any.

## ELEVENTH AFFIRMATIVE DEFENSE

63.    Defendant, for a separate and eleventh affirmative defense, is informed and believes and thereon alleges that Plaintiff has failed to state facts or legal claims sufficient to form the basis for an award of attorneys' fees in favor of Plaintiff.

## TWELFTH AFFIRMATIVE DEFENSE

64.    Defendant, for a separate and twelfth affirmative defense, is informed and believes and thereon alleges that Plaintiff, through his own conduct, has failed to prevent or mitigate his alleged damages, if any.

## THIRTEENTH AFFIRMATIVE DEFENSE

65.    Defendant, for a separate and thirteenth affirmative defense, is informed and believes and thereon alleges that Plaintiff has sustained no loss or damages as a result of the conduct of the Defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

66.    Defendant, for a separate and fourteenth affirmative defense, is informed and believes

and thereon alleges that the Complaint and each purported Cause of Action contained therein is barred because the damages, if any, were caused by an act of negligence, intentional conduct or omissions of third persons for whom Defendant bear no responsibility.

## FIFTEENTH AFFIRMATIVE DEFENSE

67.    Defendant, for a separate and fifteenth affirmative defense, is informed and believes and thereon alleges, that without admitting the allegations of the complaint, that if they are subjected to any liability to the Plaintiff herein, it will be due, in whole or in part, to the conduct and negligence and activities of other known and unknown persons; wherefore, any recovery obtained by the Plaintiff against this answering Defendant should be reduced according to the law of comparative liability.

## SIXTEENTH AFFIRMATIVE DEFENSE

68.    Defendant for a separate and sixteenth affirmative defense is informed and believes and thereon alleges that Plaintiff cannot state facts sufficient for a claim for negligence, including facts establishing a duty to Plaintiff.

## SEVENTEENTH AFFIRMATIVE DEFENSE

69.    Defendant, for a separate and seventeenth affirmative defense, is informed and believes and thereon alleges that Plaintiff's action is barred under the applicable statutes of limitations, including, but not limited to, California Code of Civil Procedure Sections 336, 336a, 337, 337a, 337.1, 337.15, 337.2, 338, 339, 339.5, 340, 340.1, 340.2, 340.3, 340.5, 340.6, 3434, 346 and 347.

## EIGHTEENTH AFFIRMATIVE DEFENSE

70.    Defendant, for a separate and eighteenth affirmative defense, is informed and believes and thereon alleges that Plaintiff is estopped to assert a claim because of his actions and inactions.

## NINETEENTH AFFIRMATIVE DEFENSE

71.    Defendant, for a separate and nineteenth affirmative defense, is informed and believes and thereon alleges that Plaintiff has unclean hands, and any recovery should be barred in that Plaintiff had access to the within establishments.

## TWENTIETH AFFIRMATIVE DEFENSE

72.    Defendants, for a separate and twentieth affirmative defense, are informed and believe that installation for accessibility may not be readily achievable.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

73.    Defendants, for a separate and twenty-first affirmative defense, are informed and believes that installation may be a hardship.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

74.    Defendants, for a separate and twenty-second affirmative defense, are informed and believe that installation may fundamentally alter the nature of the goods, services, facilities and accommodations of the business.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

75.    Defendant, for a separate and twenty-third affirmative defense, is informed and believes and thereon alleges that they presently have insufficient knowledge or belief as to whether they may have additional affirmative defenses available. Defendant reserve the right to assert any additional defenses in the event that discovery indicates that it would be appropriate.

WHEREFORE, as to each and every cause of action, these answering Defendant demand judgment against Plaintiff as follows:

1.    That Plaintiff takes nothing by way of his complaint and the complaint be dismissed against Defendant with prejudice;

2.    For Defendant's costs incurred herein;

3.    For Defendant's attorneys fees; and

4.    For any further relief that the Court may deem necessary.

Dated: April 20, 2008

HEINZ & FEINBERG

Jean M. Heinz, Attorneys for Defendant Silver Strand Plaza, LLC.