# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF BUTTE

    I, Lynn Hubbard, III, am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

On April 29, 2008, I caused the document(s) described as:

**Plaintiff's Request to the Clerk to Enter Default**

to be served on the parties in case number 07cv2141 H (NLS)) as follows:

*On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption.*

    The following is a procedure in which service of this document was effected:

(xx) ELECTRONIC FILING – I caused a true copy of the above referenced document to be filed by Notice of Electronic Filing generated by the Court's CM/ECF filing system, pursuant to the Court's Local Rules, to the addressee or addresses listed above.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 29, 2008　　　　　　/s/ Lynn Hubbard, III
　　　　　　　　　　　　　　　　　Lynn Hubbard