# UNITED STATES DISTRICT COURT

### Southern District of California

| | | |
|---|---|---|
| A.J. Oliver | | |
| | Plaintiff, | |
| v. | | Case No.: 3:07–cv–02141–H–NLS |
| | | Judge Marilyn L. Huff |
| Remark Corporation, et al. | | |
| | Defendant. | |

### DEFAULT

It appears from the records in the above entitled action that Summons issued on the Amended Complaint filed on 1/31/2008 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

　　Remark Corporation

W. Samuel Hamrick, Jr.,<br>Clerk of the Court

ENTERED: 5/1/08

By: s/ A. Garcia, Deputy Clerk