Jean M. Heinz, CSB# 125114
**HEINZ & FEINBERG**
ATTORNEYS AT LAW
707 BROADWAY, SUITE 1800
SAN DIEGO, CALIFORNIA 92101-5311
(619) 238-5454

Attorneys for Defendant Silver Strand Plaza, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br>            Plaintiff,<br>v.<br>SILVER STRAND PLAZA, LLC.; REMARK CORPORATION,<br>            Defendants. | CASE NO.: 07 CV2141 H NLS<br><br>DECLARATION FOR EX PARTE APPLICATION TO CONTINUE ENE |

Defendant Silver Strand respectfully submits this declaration and ex parte request to continue the Early Neutral Evaluation Conference currently set for June 3, 2008.

### I.

### APPLICATION

Defendant's counsel, Jean M. Heinz, is scheduled to be in Maui, Hawaii from May 30, 2008 through June 4, 2008. This is a long scheduled vacation to celebrate her 36th wedding anniversary. Therefore, counsel would request that the Early Neutral Evaluation Conference be continued until the week of June 9, 2008, or thereafter at the Court's convenience. Ms. Heinz conferred with Plaintiff's counsel regarding the continuance, and Plaintiff's counsel did not object to any continuance.

*Oliver v. Silver Strand, et al.*, Case No. 07cv2141 H (NLS)
  Defendant Silver Strands Ex Parte Application to Continue ENE

II.

DECLARATION

I, Jean M. Heinz, declare as follows:

1. I am an attorney duly admitted to practice in all of the Courts in the State of California and am a partner at the law firm of Heinz & Feinberg located at 707 Broadway, Ste. 1800, San Diego, California, attorneys for Cross-complainants in the above-entitled action. I make this declaration from my own personal knowledge and if called upon as a witness, I would competently swear to the facts testified to herein.

2. I am scheduled to be in Maui Hawaii from May 30, 2008 through June 4, 2008. My husband and I scheduled this vacation months ago to celebrate our 36th wedding anniversary.

3. Therefore, I would request that the ENE be continued until June 9, 2008 or any date thereafter at the Court's convenience.

4. I telephoned my opposing counsel and spoke with Mr. Hubbard. He had no objection to the continuance.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of May, 2008 in San Diego, California.


Dated: March 10, 2008                /s/Jean M. Heinz
                                     _____
                                     Jean M. Heinz, Attorneys for Defendant Silver
                                     Strand Plaza, LLC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28