PROOF OF SERVICE

State of California, County of San Diego

I, Jean M. Heinz, am over the age of 18 years and not a party to the within action; my business address is 707 Broadway, Ste. 1800, San Diego, CA 92101

On May 8, 2008, I caused the document described as:

**DECLARATION AND Ex Parte Application to Continue ENE**

to be served on the parties in case number 07cv2141 H (NLS) as follows:

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption.

The following is a procedure in which service of this document was effected:

XXX   ELECTRONIC FILING - I caused a trye copy of the above referenced couments to be filed by Notice of Electronic Filing generated by the Court's CM/ECF filing system, ursuant to the Court's Local Rules, to theaddressee or addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoin is true and correct.

MAY 9, 2008                           /s/ Jean M. Heinz
                                      _____
                                      Jean M. Heinz

1