1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

| A.J. OLIVER, | ) | Civil No. 07cv2141 H (NLS) |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER GRANTING EX PARTE APPLICATION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | ) | |
| SILVER STRAND PLAZA, LLC; REMARK CORPORATION, | ) | |
| | ) | [Doc. No. 17] |
| Defendants. | ) | |

For good cause shown in Defendant Silver Strand Plaza, LLC's ex parte application, the Court **VACATES** the telephonic Early Neutral Evaluation conference (ENE) currently set for June 3, 2008 and **RESETS** it for *June 9, 2008 at 10:00 a.m.*  All other provisions of the Court's April 21, 2008 Order remain in full force and effect.

**IT IS SO ORDERED.**

DATED: May 9, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge