Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. Oliver,<br><br>    Plaintiff,<br><br>    vs.<br><br>Dijla, Inc., et al.,<br><br>    Defendant. | Case No. 07cv2141 H (NLS)<br><br>**Notice of Settlement** |

   NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Oliver v. Dijla, Inc., et al.,* Case No. 07cv2141 H (NLS), has been resolved.  The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: September 12, 2008     DISABLED ADVOCACY GROUP, APLC


     /s/ Lynn Hubbard, Esquire              /
    LYNN HUBBARD, III
    Attorney for Plaintiff

*Oliver v. Dijla, Inc.*, et al., 07cv2141 H (NLS)
Notice of Settlement

Page 1