# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SILVER STRAND PLAZA, LLC; REMARK CORPORATION,<br><br>　　　　　　Defendants. | Civil No. 07cv2141 H (NLS)<br><br>**NOTICE AND ORDER SETTING *TELEPHONIC* SETTLEMENT DISPOSITION CONFERENCE** |

　　　The parties filed a notice that they have settled this case. A *telephonic* Settlement Disposition Conference will be held in this matter on ***October 10, 2008***, at ***9:45 a.m.*** before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if the parties file the appropriate dismissal papers before that time.

　　　**IT IS SO ORDERED.**

DATED: September 15, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge